UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRZE J. MADURA and ANNA
DOLINSKA-MADURA,

    Plaintiffs,               Case No.: 8:11-cv-2511-T-33TBM

v.

BAC HOME LOANS SERVICING L.P.,
ET AL.,

    Defendants.
_____/

BANK OF AMERICA, N.A.,

    Counter-Plaintiff,

v.

ANDRZE J. MADURA and ANNA
DOLINSKA-MADURA,

    Counter-Defendants.
_____/

BANK OF AMERICA, N.A.,

    Third Party Plaintiff,

v.

CIT LOAN CORPORATION, ET AL.,

    Third Party Defendants.
_____/

**ORDER**

This matter comes before the Court pursuant to the following Motions, which are ripe for the Court's review: The Maduras' January 2, 2013, Dispositive Motion to Dismiss the Bank's Foreclosure Counterclaim Due to the Bank's Lack of

Standing to Foreclose Duly and Timely Rescinded Subject Loan and a Motion for Sanctions (Doc. # 366); The Maduras' January 2, 2013, Motion for Final Summary Judgment Against Bank of America NA on the Grounds of Lack of Standing to Foreclose and Fraud in the Inducement (Doc. # 367); The Maduras' January 7, 2013, Motion for Extension of Time to File a Response to the Bank's Motion for Final Summary Judgment (Doc. # 368); The Maduras' January 7, 2013, Motion to Exceed Page Limitation for Response to Bank of America NA's Motion for Summary Judgment (Doc. # 369); The Bank's January 8, 2013, Motion to Strike Maduras' Dispositive Motions as Untimely (Doc. # 371); The Bank's January 10, 2013, Motion for Leave to File a Supplement to its Motion for Summary Final Judgment (Doc. # 375); and the Maduras' January 11, 2013, Motion to Strike Bank of America NA's Inflammatory False Accusations from its Response [Doc. 372] (Doc. # 380). The Court addresses each Motion below.

I. **Background**

The Maduras filed this action against the Bank, et al., in state court on October 14, 2011. (Doc. # 1). The Bank removed the action to this Court on November 4, 2011. Id. In the Amended Complaint, the Maduras allege, inter alia, that the Bank violated the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2601, et seq., with respect to

Plaintiffs' mortgage. The Bank filed its Answer and Affirmative Defenses on December 14, 2011 (Doc. # 23), and filed a Foreclosure Counterclaim with leave of Court on May 2, 2012. (Doc. # 77). The Maduras filed successive Motions to Dismiss the Bank's Foreclosure Counterclaim (Doc. ## 105, 118, 124), which this Court denied on June 22, 2012. (Doc. # 131).

The Court entered an Amended Case Management and Scheduling Order on November 16, 2012, establishing the dispositive motions deadline as December 31, 2012, setting the pretrial conference for May 2, 2013, and placing this case on the June 2013 trial term. (Doc. # 335). The Bank timely filed its Motion for Summary Judgment on December 31, 2012. (Doc. # 359). The Maduras filed two untimely Dispositive Motions (Doc. ## 366, 367) on January 2, 2013. On January 8, 2013, the Bank moved to strike the two untimely Dispositive Motions. (Doc. # 371). On January 7, 2013, the Maduras filed a Motion for an Extension of Time in which to respond to the Bank's Motion for Summary Judgment and filed a Motion requesting excess pages in which to respond to the Bank's Motion for Summary Judgment. (Doc. ## 368, 369). The Bank responded to the Maduras' Extension Motion (Doc. # 372), and the Maduras seek an order striking a portion of such response as inflammatory.

This case was stayed from January 11, 2013, to February 6, 2013, during the pendency of the Maduras' interlocutory appeal. (Doc. ## 376, 383) The Eleventh Circuit has dismissed the appeal. (Doc. # 382). Accordingly, the Court undertakes its analysis of the Motions.

**II.  Discussion**

In light of the foregoing discussion, this Court grants the Bank's Motion to Strike the Maduras' untimely Dispositive Motions. The untimely Dispositve Motions are stricken and removed from the record. In addition, the Court grants the Bank's request to file a two-page supplement to its Motion for Summary Judgment. The Bank may file such supplement by February 8, 2013. In an abundance of fairness to the Maduras, the Court grants the Maduras' Motion for an Extension of Time to Respond to Motion for Summary Judgment and will allow the Maduras until and including February 25, 2013, to respond to the Motion for Summary Judgment. In addition, as the Motion for Summary Judgment exceeds 30 pages, the Court grants the Maduras' request to file a response thereto in excess of 25 pages. The Maduras may file a response in opposition to the Bank's Motion for Summary Judgment up to 35 pages. Finally, the Court denies the Maduras' Motion to Strike as frivolous. The Court has examined the Bank's filing at issue (Doc. # 372)

and determines that it is not subject to being stricken for any reason and further finds that such filing is not "redundant, immaterial, impertinent, or scandalous" as described in Rule 12(f), Fed.R.Civ.P.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Maduras' Dispositive Motion to Dismiss the Bank's Foreclosure Counterclaim Due to the Bank's Lack of Standing to Foreclose Duly and Timely Rescinded Subject Loan and a Motion for Sanctions (Doc. # 366) is **STRICKEN** due to being untimely filed. The Clerk is directed to remove the filing from the record.

(2) The Maduras' Motion for Final Summary Judgment Against Bank of America NA on the Grounds of Lack of Standing to Foreclose and Fraud in the Inducement (Doc. # 367) is **STRICKEN** due to being untimely filed. The Clerk is directed to remove the filing from the record.

(3) The Maduras' Motion for Extension of Time to File a Response to the Bank's Motion for Final Summary Judgment (Doc. # 368) is **GRANTED**. The Maduras have until and including **February 25, 2013**, to respond to the Motion for Summary Judgment.

(4) The Maduras' Motion to Exceed Page Limitation for Response to Bank of America NA's Motion for Summary Judgment (Doc. # 369) is **GRANTED.** The Maduras may file a response in opposition to the Bank's Motion for Summary Judgment up to 35 pages.

(5) The Bank's Motion to Strike Maduras' Dispositive Motions as Untimely (Doc. # 371) is **GRANTED.**

(6) The Bank's Motion for Leave to File a Supplement to its Motion for Summary Final Judgment (Doc. # 375) is **GRANTED.** The Bank is authorized to file its proposed supplement by February 8, 2013.

(7) The Maduras' Motion to Strike Bank of America NA's Inflammatory False Accusations from its Response [Doc. 372] (Doc. # 380) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>6th</u> day of February, 2013.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:   All Counsel and Parties of Record