UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRZE J. MADURA and ANNA
DOLINSKA-MADURA,

     Plaintiffs,           Case No.: 8:11-cv-2511-T-33TBM

v.

BAC HOME LOANS SERVICING L.P.,
ET AL.,

     Defendants.
_____/

BANK OF AMERICA, N.A.,

     Counter-Plaintiff,

v.

ANDRZE J. MADURA and ANNA
DOLINSKA-MADURA,

     Counter-Defendants.
_____/

BANK OF AMERICA, N.A.,

     Third Party Plaintiff,

v.

CIT LOAN CORPORATION, ET AL.,

     Third Party Defendants.

_____/

## **ORDER**

     Counter-Defendants' Emergency Motion to Stay All
Proceedings Pending the Outcome of their Petition for Writ of
Mandamus to this Court to Vacate this Court's Order Denying

their Motion to Disqualify the Magistrate Judge McCoun III (Doc. # 390), filed on February 15, 2013, is before the Court. The Court grants the Motion as outlined below.

**Discussion**

In Green Leaf Nursery v. E.I. DuPont de Nemours & Co., 341 F.3d 1292, 1309 (11th Cir. 2003), the Eleventh Circuit explained, "The filing of an appeal is an event of jurisdictional significance--it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." (Internal citations omitted). In an abundance of caution, the Court finds it appropriate to stay and administratively close this case pending the resolution of the appeal. In so staying and administratively closing this case, this Court is mindful of its broad discretion over the manner in which it manages the cases before it, Chrysler Int'l Corp. v. Chemaly, 280 F.3d 1358, 1360 (11th Cir. 2002), and determines that a stay under the circumstances here will conserve the resources of the parties and the Court. The parties are directed to advise the Court immediately upon the resolution of the appeal.

Accordingly, it is

**ORDERED, ADJUDGED**, and **DECREED** that:

2

1.   Counter-Defendants' Emergency Motion to Stay All Proceedings Pending the Outcome of their Petition for Writ of Mandamus to this Court to Vacate this Court's Order Denying their Motion to Disqualify the Magistrate Judge McCoun III (Doc. # 390) is **GRANTED**.  This matter is hereby **STAYED** during the pendency of the appeal.

2.   The Clerk is instructed to **ADMINISTRATIVELY CLOSE** this case.

3.   The parties are directed to advise the Court immediately upon the resolution of the appeal.  When the appeal is resolved, the Court will return this case to active status.

   **DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 15th day of February 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: Counsel and Parties of Record

3